F I L E D
Clerk
District Court

APR 08 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

JIANWEI LUO,

      Petitioner,

      v.

SERGIO ALBARRAN, TODD LYONS, MARKWAYNE MULLIN, PAMELA BONDI, and ANTHONY TORRES, in their official capacities,

      Respondents.

Case No. 1:26-cv-00006

**ORDER DIRECTING SERVICE
AND RESPONSE**

Petitioner Jianwei Luo, detained at the Commonwealth of the Northern Mariana Islands Department of Corrections under the physical custody of United States Immigration and Customs Enforcement authorities, has through counsel filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 claiming a violation of 8 U.S.C. § 1231(a)(6). (Pet., ECF No. 1.) Having conducted a preliminary review of the petition, the Court finds that dismissal is not warranted and it may proceed. Accordingly, the Court hereby ORDERS:

1) Petitioner's counsel is directed to serve Respondents with a copy of the petition and all accompanying papers, along with a copy of this order, by overnight mail and email. Petitioner's counsel is also directed to serve the Office of the United States Attorney for the Northern Mariana Islands in this same manner.

2) Petitioner shall file proof of service by **April 10, 2026.**

3) Respondents shall file their notices of appearance by **April 15, 2026.**

1

4) Respondents shall file their responses addressing the merits of the petition by **April 21, 2026.**

5) Petitioner shall file a reply by **April 28, 2026.**

6) A hearing on the petition is set for **May 5, 2026 at 9:00 a.m.**

IT IS FURTHER ORDERED that Petitioner shall not be transferred out of this District. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 608 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this order is warranted to maintain the status quo pending resolution on the merits.

IT IS SO ORDERED this 8th day of April, 2026.

_____
RAMONA V. MANGLONA
Chief Judge