F I L E D
Clerk
District Court
APR 27 2026
for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| JIANWEI LUO, | ) Case No. 1:26-cv-00006 |
| Petitioner, | ) |
| | ) **VOLUNTARY DISMISSAL OF ACTION** |
| | ) **WITHOUT PREJUDICE PURSUANT** |
| v. | ) **TO FED. R. CIV. P. 41(a)(1)** |
| | ) |
| SERGIO ALBARRAN et al., | ) |
| | ) |
| Respondents. | ) |

Before the Court is the petitioner and respondents' stipulation to dismiss this matter without prejudice. (ECF No 5.) Because all the parties in this action have stipulated to a dismissal, this case is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)–(B).

All filing deadlines and hearings are hereby vacated, and the clerk is directed to close the case.

IT IS SO ORDERED this 27th day of April, 2026.

RAMONA V. MANGLONA
Chief Judge

1